```
            IN THE UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF ARKANSAS
                     EASTERN DIVISION
```

KEITH LANIER                                              PETITIONER

    vs.                  2:08CV00114-WRW

T.C. OUTLAW, Warden
FCC Forrest City, Arkansas                                RESPONDENT

## ORDER

The above styled Petition was filed in this Court on June 18, 2008. On July 1, 2008, an Order was entered Granting Petitioner's Motion to Stay.

Pending is the Petitioner's Motion to Reopen Case and Lift Stay (doc #9). The Motion is GRANTED. The Clerk's Office is directed to reopen the case and the matter is referred to Magistrate Judge Beth Deere for recommended disposition.

IT IS SO ORDERED this 13th day of January, 2010.

                                            /s/Wm. R. Wilson, Jr.
                                UNITED STATES DISTRICT JUDGE

ord.reopen.wpd